1
2                                                                O
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )   SA 08-673M
                                     )
13       v.                          )   ORDER OF DETENTION AFTER HEARING
                                     )        (18 U.S.C. § 3142(i))
14  JUAN ESPINO QUIROZ,              )
                                     )
15              Defendant.           )
                                     )
16  _____

17                                       I.

18    A.  ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. (X)    serious risk defendant will flee;

26        2. ( )    serious risk defendant will

27           a. ( )   obstruct or attempt to obstruct justice;

28           b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                                     II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )   appearance of defendant as required; and/or

4     B. (  ) safety of any person or the community;

5                                                                   III.

6     The Court has considered:

7     A. ( x) the nature and circumstances of the offense;

8     B. (x) the weight of evidence against the defendant;

9     C. (x) the history and characteristics of the defendant;

10     D. (  ) the nature and seriousness of the danger to any person or to the community.

11                                                    IV.

12     The Court concludes:

13     A. (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has failed to establish the existence of bail**

17         **resources or ties to the community which would negate the risk of flight..**

18

19     C. (  ) A serious risk exists that defendant will:

20         1. (  )   obstruct  or  attempt to  obstruct  justice;

21         2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: December 8, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**